## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

     v.

**LEWIS MORENO**

        Defendant.

CASE NO: 1:20-CR-00237-DAD-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

      ⊠ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee:    LEWIS MORENO

Detained at          Fresno County Jail

Detainee is:      a.)    ⊠ charged in this district by:   ⊠ Indictment ☐ Information ☐ Complaint
                         charging detainee with: 18 USC 922(g)(1)

     or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ⊠ return to the custody of detaining facility upon termination of proceedings

     or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as
                    a sentence is currently being served at the detaining facility

### *Appearance is necessary by FORTHWITH*

Signature:               */s/ Alexandre Dempsey*

Printed Name & Phone No:    Alexandre Dempsey, 559-353-0644

Attorney of Record for:       United States

## WRIT OF HABEAS CORPUS

      ⊠ Ad Prosequendum      ☐Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    June 1, 2021

*Sheila K. Oberto*

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if

Booking or CDC #:   Booking: 2026995 CDC:AS05205

Facility Address:    1225 M. St, Fresno CA

Facility Phone:     559.600.8440

Currently

☐Female ⊠Male

DOB: 04/07/1993

Race: Hispanic

FBI#: 623137PC3

## RETURN OF SERVICE

Executed on:

(signature)