HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LEWIS MORENO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LEWIS MORENO,<br><br>　　　　　　Defendant. | CASE NO. 1:20-cr-00237-DAD-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE; AND SET FOR A CHANGE OF PLEA HEARING AND ORDER<br><br>DATE: October 25, 2021<br>TIME: 9:00 AM .<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

The parties, through their respective counsel, Alexandre Dempsey, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Lewis Moreno, hereby stipulate as follows:

1. On June 4, 2021 the defendant was arraigned before this Court and ordered detained.

2. This matter was previously continued for a status conference on September 22, 2021, and time was excluded under the Speedy Trial Act, until October 27, 2021.

3. By this stipulation, both parties now move to advance the status conference from October 27, 2021 to a change of plea hearing on October 25, 2021 at 9:00 a.m.

IT IS SO STIPULATED.

1

|  |  |
|---|---|
|  | HEATHER WILLIAMS<br>Federal Defender |
| Dated:  October 4, 2021 | /s/ *Benjamin Gerson*<br>Benjamin Gerson<br>Counsel for Defendant<br>LEWIS MORENO |
| Dated:  October 4, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ *Alexandre Dempsey*<br>Alexandre Dempsey<br>Assistant United States Attorney |

**ORDER**

At the request of the parties, the October 27, 2021 status conference hearing be vacated and a change of pleas hearing be set on October 25, 2021 at 9:00 am.

IT IS SO ORDERED.

Dated:   **October 5, 2021**                              _____
                                                                                UNITED STATES DISTRICT JUDGE