1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LEWIS JOSE MORENO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00237-DAD-BAM
12 |            Plaintiff,      | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**
13 | vs.                        |
   |                            | Date:  January 24, 2022
14 | LEWIS JOSE MORENO,         | Time:  10:00 a.m.
   |                            | Judge: Hon. Dale A. Drozd
15 |            Defendant.      |

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and

19 Assistant Federal Defender Erin Snider, counsel for Lewis Jose Moreno, that the sentencing

20 hearing currently scheduled for January 24, 2022, at 10:00 a.m. may be continued to March 7,

21 2022, at 10:00 a.m.

22         On Friday, January 14, 2022, defense counsel learned that Mr. Moreno's pod at the

23 Fresno County Jail is under medical lockdown. The lockdown has interfered with defense

24 counsel's ability to prepare for sentencing, as the jail is unable to accommodate a Zoom

25 interview while Mr. Moreno is under lockdown and he is only able to talk using a phone in a

26 public area. Moreover, the lockdown will also likely prevent Mr. Moreno from making a state

27 court appearance this week during which defense counsel anticipated he would be released into

28 federal custody.

Accordingly, defense counsel requests that the Court continue the sentencing hearing for six weeks to March 7, 2022, to allow sufficient time for the lockdown to end, defense counsel to prepare, and the state court to reschedule his appearance. The government has no objection to this request.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: January 18, 2022    /s/ Alexandre Dempsey
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 18, 2022    /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
LEWIS JOSE MORENO

**O R D E R**

Pursuant to the parties' stipulation, the sentencing hearing currently scheduled for January 24, 2022, at 10:00 a.m. is hereby continued to March 7, 2022, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 18, 2022**                    Dale A. Drozd
UNITED STATES DISTRICT JUDGE

2