1  JAMES R. HOMOLA   #60244
2  Attorney at Law
   2950 Mariposa, Suite 250
3  Fresno, California 93721
   Telephone: (559) 441-7111
4  Facsimile: (559) 441-7115
5
   Attorney for Defendant
6  LEWIS JOSE MORENO
7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
8
                        EASTERN DISTRICT OF CALIFORNIA
9
   UNITED STATES OF AMERICA        |        Case No 1:20-CR-237-TLN
10                                  |
          Plaintiff,                |        MOTION TO TERMINATE CJA
11                                  |        APPOINTMENT OF JAMES R. HOMOLA
                V.                  |        AS ATTORNEY OF RECORD; **ORDER**
12                                  |
   LEWIS JOSE MORENO,               |
13                                  |
          Defendant.                |
14 _____|
15       On May 19, 2025, a Petition was filed, alleging six charges of failure
16 to participate in drug testing, to follow instructions of the probation
17 officer, participate in counseling and to notify of a change of residence.
18 On May 30, 2025, Magistrate Judge OBERTO appointed attorney James R. Homola
19 to represent Mr. MORENO. On June 27, 2025, Mr. MORENO admitted the charges,
20 and on July 28, 2025, he was sentenced in proceedings before Judge Troy L.
21 Nunley.
22       Mr. MORENO is in BOP custody. The period within which to file a notice
23 of appeal has passed. There is no further action to be taken in this matter.
24 Having completed his representation of Mr. MORENO, CJA attorney James R.
25 Homola now moves to terminate his appointment under the Criminal Justice Act.
26 Dated: August 6, 2025                    Respectfully submitted,
27                                          /s/ James R. Homola
                                            JAMES R. HOMOLA
28                                          Attorney for Defendant

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant LEYVA at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

    LEWIS JOSE MORENO
    # 7047501
    Fresno County Jail
    PO Box 872
    Fresno, CA  93712


**IT IS SO ORDERED.**

Dated: August 17, 2025        _____
                              TROY L. NUNLEY
                              CHIEF UNITED STATES DISTRICT JUDGE