Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Phone: (559) 224–1800
Fax: (559) 224–1806
e–mail: serita@seritarioslaw.com

Attorney for Defendant LEWIS JOE MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No. 1:20-CR-00237-TLN-BAM |
| Plaintiff, | ) **EX PARTE MOTION FOR** |
| vs. | ) **AUTHORIZATION TO LITIGATE** |
| | ) **ANCILLARY MATTER;** |
| LEWIS JOE MORENO, | ) **ORDER** |
| Defendant. | ) |

LEWIS MORENO, by and through counsel, requests that the Court authorize representation in an ancillary matter related to the federal criminal proceeding, pursuant to 18 U.S.C. §3006A(c).

Mr. MORENO is charged in Fresno Superior Court Case M26901136 with a violation of Penal Code §148(a)(1), Resisting, Obstructing, or Delaying a Peace Officer, and Vehicle Code §21950(b), Failing to Exercise Due Care for Own Safety. These violations occurred on January 22, 2026, and are the basis for Mr. Moreno's current violation of Supervised Release. A state court date in this case has been set for April 14, 2026. Because Mr. MORENO will not be able to appear, a warrant will be issued for his arrest. Counsel seeks to resolve this pending matter as it is ancillary to his current federal violation and it can affect Mr. MORENO's ability to participate in programming.

Pursuant to 18 U.S.C. §3006A(c), a person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance before the United States magistrate judge... "including ancillary matters appropriate to the proceedings". In this matter, it is necessary for counsel to resolve the pending case so that it does not have a negative impact on Mr. Moreno while he is serving his sentence. Accordingly, Mr. Moreno respectfully requests that the Court authorize representation by counsel for this ancillary matter.

Dated: March 24, 2026                   Respectfully Submitted,

                                        /s/ Serita Rios
                                        _____
                                        **Serita Rios**
                                        Attorney for Defendant

## ORDER

Upon consideration of defendant's motion requesting authorization to litigate a matter ancillary to his federal criminal case, the Court hereby GRANTS authorization pursuant to 18 U.S.C. §3006A(c).

**IT IS SO ORDERED.**

Dated: March 30, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

**EX PARTE MOTION FOR AUTHORIZATION TO LITIGATE
ANCILLARY MATTER; ORDER**