**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No.  1:20-CR-00237-TLN-BAM |
| Plaintiff, | ) **ORDER OF RELEASE** |
| vs. | ) |
| LEWIS JOSE MORENO, | ) |
| Defendant. | ) |

On April 6, 2026, defendant, LEWIS MORENO, was sentencned to time served with release to the Fresno Mission Searcy Center substance abuse rehabilitation facility located in Fresno, California.

IT IS HEREBY ORDERED that defendant, LEWIS MORENO, be released from the Fresno County Jail on Tuesday, April 7, 2026, at 9:00 a.m. to a representative of the Fresno Mission.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: April 6, 2026

_____
UNITED STATES DISTRICT JUDGE