eSerita Rios, SBN# 246568
Law Office of Serita Rios
P.O. BOX 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant LEWIS JOSE MORENO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>        vs.<br><br>LEWIS JOSE MORENO,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:20-CR-00237-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING**<br><br>Date:   May 18, 2026<br>Time:  2:00 p.m.<br>Judge: Erica P. Grosjean |

IT IS HEREBY STIULATED by the defendant, Lewis Moreno, by and through his counsel, Serita Rios, and the United States of America, by and through its counsel, Assistant United States Attorney, Brittany Gunter, that the Status Conference hearing currently set for May 18, 2026, be continued to June 24, 2026.

Counsel for Mr. Moreno has requested the continuance in order to further investigate the alleged violations and have further discussions with Mr. Moreno about a disposition.

IT IS SO STIPULATED.

Dated: May 13, 2026                    */s/ Serita Rios*
                                       _____

                                       **Serita Rios**
                                       Attorney for Defendant

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENC HEARING

Dated: May 13, 2026

*/s/ Brittany Gunter*

**Brittany Gunter**
Assistant United States Attorney

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Status Conference hearing currently set for May 18, 2026, is hereby continued to June 24, 2026 at 2:00p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **May 13, 2026**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENC HEARING**