**Serita Rios, SBN# 246568**
**Law Office of Serita Rios**
**1435 L Street**
**Fresno, California 93721**
**Phone (559) 224-1800**
**Fax (559) 224-1806**
**serita@seritarioslaw.com**

Attorney for Defendant LEWIS JOSE MORENO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>LEWIS JOSE MORENO,<br>Defendant. | Case No. 1:20-CR-00237-TLN-BAM<br>**MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |

On February 10, 2026, CJA Panel Counsel, Serita Rios, was appointed to represent Defendant, LEWIS JOSE MORENO, in his criminal case. Mr. Moreno was sentenced on September 14, 2026; Mr. Moreno was in custody at sentencing. The time for filing a direct appeal was September 28, 2026, no direct appeal was filed. The trial phase of Mr. Moreno's criminal case has, therefore, come to an end. Having completed her representation of Mr. Moreno Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Moreno require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 13, 2026

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

---

**ORDER**

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, LEWIS JOSE MORENO, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Lewis Jose Moreno #48632-509
MDC Los Angeles
P.O Box 531500
Los Angeles, CA 90053

**IT IS SO ORDERED.**

Dated: October 13, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE